FILED
2012 Sep-17  PM 01:55
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **DOLPHUS ATCHISON, III,** ) | |
| ) | |
| **Plaintiff** ) | |
| ) | |
| vs. ) | Case No.  2:12-CV-53-VEH-HGD |
| ) | |
| **BRIAN D. CLARK,** ) | |
| ) | |
| **Defendant** ) | |

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on July 26, 2012, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed under 28 U.S.C. § 1915A(b) for failing to state a claim upon which relief may be granted. (Doc. 6).  No objections were filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court is of the opinion that the magistrate judge's report is due to be and is hereby **ADOPTED** and the recommendation is **ACCEPTED**.  Accordingly, the complaint is due to be dismissed pursuant to 28 U.S.C. § 1915A(b) for failing to state a claim upon which relief may be granted.  A Final Judgment will be entered.

**DONE** this the 17th day of September, 2012.

                                          **VIRGINIA EMERSON HOPKINS**
                                          United States District Judge